No. 1095. MENSEN v. BALTIMORE & OHIO RAILROAD Co. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Leonard J. Dunn* for petitioner. *Norman J. Gundlach* for respondent.

No. 1111. RANJEL ET AL. v. CITY OF LANSING ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg* for petitioners. *Thomas C. Mayer* for respondents. *Solicitor General Griswold* and *Assistant Attorney General Leonard* for the United States as *amicus curiae* in support of the petition. ▉ .

No. 1296. NORRIS ET AL. v. ALABAMA REPUBLICAN STATE EXECUTIVE COMMITTEE ET AL. Sup. Ct. Ala. Motion to expedite consideration of petition for writ of certiorari granted. Certiorari denied. *Fred Blanton, Jr.,* for petitioners.

No. 784, Misc. CUADRADO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Preben Jensen* for petitioner. *Solicitor General Griswold* for the United States. ▉

No. 1006, Misc. PALOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States. ▉

No. 1137, Misc. JONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Norman H. Schaumberger* for petitioner. *Solicitor General Griswold* for the United States.